

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00175-CR

**REGINALD KEITH THOMAS,**

                                           **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                           **Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2014-290-C1

## ORDER

Appellant has filed his third motion for an extension of time to file his response to his counsel's *Anders* brief again stating that his access to the law library where he is in prison, and his legal knowledge, is limited. We have twice explained to appellant that the form of a response to an *Anders* brief is relatively less restrictive in nature than that which is necessary for a formal brief, and appellant's response would be sufficient if it directed the Court to the issues upon which appellant believed the trial court erred. Unpersuaded by the Court's prior orders, appellant requests an additional 60-90 days.

First, we note that this motion is not served on the parties to the appeal as required. *See* Tᴇx. R. Aᴘᴘ. 9.5. We have allowed appellant to escape the consequence of improper service previously and appellant has apparently now decided that no proof of service is necessary. Proof of service may be in the form of an acknowledgement of service by the person served or a certificate of service. Tᴇx. R. Aᴘᴘ. P. 9.5(d). A certificate of service must state the name and address of each person served. *Id.* (e)(2). This Court and this Court's Clerk are not parties to this proceeding and will not serve other parties to the proceeding with letters or pleadings. Thus, appellant is warned that any future document not properly served will not be acted upon.

Second, because we have informed appellant that the form of a response to an *Anders* brief is relatively less restrictive in nature than that which is necessary for a formal brief, appellant's motion for extension of time to file his brief is **DENIED**. Appellant's response to his counsel's motion to withdraw and *Anders* brief in support thereof **must be filed on or before April 10, 2019**. If appellant's response is not filed by April 10, 2019, the appeal will be disposed of without appellant's response.

No further extensions will be considered.

PER CURIAM



Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Motion denied
Order issued and filed April 3, 2019